UNITED STATES of America, Appellant,

v.

Kevin C. REILLY, Defendant–Appellee.

No. 1787, Docket 95–1024.

United States Court of Appeals,
Second Circuit.

July 31, 1996.

Before: WINTER, LEVAL, and CALABRESI, Circuit Judges.

PER CURIAM:

On February 12, 1996, we filed an opinion in this case affirming the judgment entered in the United States District Court for the Northern District of New York (Howard G. Munson, *Senior District Judge*), which granted defendant Kevin C. Reilly's motion to suppress evidence. 76 F.3d 1271, affirming 875 F.Supp. 108 (N.D.N.Y.1994). The government sought a petition for rehearing, which was denied. Subsequent to the denial of that petition, the United States Supreme Court decided *Ornelas v. United States,* —— U.S. ——, 116 S.Ct. 1657, 134 L.Ed.2d 911 (1996). Believing that this decision justified a rehearing, the government sought permission to submit a second petition. We granted that permission, and a second petition for rehearing was submitted on July 3, 1996.

We have now reviewed the issues in this case in the light of *Ornelas.* For purposes of that reconsideration, we have assumed, without deciding, that *Ornelas* requires us to review the district court's finding of curtilage *de novo,* and specifically to give plenary reconsideration to "whether the facts of [the]

case satisfy the relevant legal standard." (Government brief in second petition for rehearing at 5.) We conclude that the outcome in the case before us is not altered by *de novo* review.

Accordingly, we affirm the judgment of the district court.